

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-14-00650-CV

Michael A. **CERNY** and Myra L. Cerny,
Individually and as Next Friends of Cameron A. Cerny, A Child,
Appellants

v.

**MARATHON OIL CORPORATION**,
Marathon Oil EF LLC, and Plains Exploration & Producing Company,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

## ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice[1]
Jason Pulliam, Justice

The Court has considered the Motion for Reconsideration En Banc filed by Appellants, Michael A. Cerny and Myra L. Cerny, Individually and as Next Friend of Cameron A. Cerny, a Child, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

---

[1] Dissents to the denial of the motion for rehearing without requesting a response. *See* TEX. R. APP. P. 49.2.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.



Keith E. Hottle
Clerk of Court